**DISMISS; and Opinion Filed October 18, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00723-CV

**JOHN MARSTON, Appellant**

**V.**

**ADMINSOURCE CONCEPTS, LLC, INNOVATIVE BENEFIT SOLUTIONS, LLC, AND NATIONAL ASSOCIATION OF CONSUMERS DIRECT, INC., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-03694**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Fillmore, and Justice Brown
Opinion by Justice Fillmore

On October 5, 2016, appellant filed a motion to dismiss his appeal. In his motion, appellant advises the Court that he no longer desires to prosecute his appeal and requests that the Court dismiss the appeal in its entirety. We grant his motion and dismiss this appeal. TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

160723F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JOHN MARSTON, Appellant

No. 05-16-00723-CV          V.

ADMINSOURCE CONCEPTS, LLC,
INNOVATIVE BENEFIT SOLUTIONS,
LLC, AND NATIONAL ASSOCIATION
OF CONSUMERS DIRECT, INC.,
Appellees

On Appeal from the 101st Judicial District
Court, Dallas County, Texas,
Trial Court Cause No. DC-16-03694.
Opinion delivered by Justice Fillmore,
Chief Justice Wright and Justice Brown
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees Adminsource Concepts, LLC, Innovative Benefit Solutions, LLC, and National Association Of Consumers Direct, Inc. recover their costs of this appeal from appellant John Marston.

Judgment entered this 18th day of October, 2016.